# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CRIMINAL CASE NO. 1:21-cr-00070-MR-WCM-23

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ) <br> (23) MICHAEL KEVIN VANLANDINGHAM, ) <br> ) <br> Defendant. ) <br> _____ ) | **O R D E R** |

**THIS MATTER** is before the Court on the Government's Motion to Dismiss Indictment as to the Named Defendant [Doc. 711].

For the reasons stated in the Motion, and for cause shown,

**IT IS, THEREFORE, ORDERED** that the Government's Motion [Doc. 711] is **GRANTED**, and the Bill of Indictment in this case is hereby **DISMISSED** as to the Defendant Michael Kevin Vanlandingham only.

**IT IS SO ORDERED.**

Signed: October 4, 2022

Martin Reidinger
Chief United States District Judge